**Exhibit A**

**The Parties' Proposed Constructions and Identification of Intrinsic/Extrinsic Evidence for United States Patent No. 8,709,494**

| Claim No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| 9 | laminated | This term is recited in the preamble.  *See also Plaintiff's construction for "the layers are directly laminated to each other."* | formed by layering or uniting two or more layers<br><br>Intrinsic Support:<br><br>'494 Patent, Col 3, ll. 33-39;<br><br>Provisional Patent Application No. 60/838,467, "Method and System for Preserving Amnion Tissue for Later Transplant," filed Aug. 17, 2006, p. 74;<br><br>U.S. Patent Application No. 11/840,728, "Placental Tissue Grafts and Improved Methods of Preparing and Using the Same," filed Aug. 17, 2007, Col. 4, l. 28 – Col. 5, l. 2<br><br>Extrinsic Support:<br>THE MERRIAM-WEBSTER DICTIONARY, 277 (New Ed. 2005); WO 93/10722 at 4:35-5:9, published June 10, 1992; Declaration of Daniel L. Mooradian, dated November 21, 2014. |
| 9 | a laminate | This term is recited in the preamble. | product formed by layering or uniting two or more layers<br><br>Intrinsic Support:<br><br>'494 Patent, Col. 8, ll. 52-55; |

| | | | Provisional Patent Application No. 60/838,467, "Method and System for Preserving Amnion Tissue for Later Transplant," filed Aug. 17, 2006, p. 74;<br><br>U.S. Patent Application No. 11/840,728, "Placental Tissue Grafts and Improved Methods of Preparing and Using the Same," filed Aug. 17, 2007, Col. 4, l. 28 – Col. 5, l. 2<br><br>Extrinsic Support:<br>THE MERRIAM-WEBSTER DICTIONARY, 277 (New Ed. 2005); WO 93/10722 at 4:35-5:9, published June 10, 1992; Declaration of Daniel L. Mooradian, dated November 21, 2014. |
|---|---|---|---|
| 9 | retains | *See Plaintiff's construction of phrase "at least one of said layers is an amnion layer which retains an epithelial cellular layer"* | continues to have<br><br>Extrinsic Support:<br>WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, P. 1643; Declaration of Daniel L. Mooradian, dated November 21, 2014. |
| 9 | epithelial cellular layer | *See Plaintiff's construction of phrase "at least one of said layers is an amnion layer which retains an epithelial cellular layer"* | a single layer of epithelial cells that are densely adherent to the basement membrane of amnion<br><br>Extrinsic Support:<br>G. Bourne, *The Foetal Membranes. A Review of the Anatomy of Normal Amnion and Chorion and Some Aspects of their Function,* 38 POSTGRAD MED J. 193 (1962); Declaration of Daniel L. Mooradian, dated November 21, 2014. |
| 9 | the layers are directly laminated to each | the amnion/chorion layer and amnion/chorion layer, as defined above, are adhered together | *See Defendants' construction of the phrase "laminated" hereinabove* |

| | | | |
|---|---|---|---|
| | other | *Intrinsic Evidence*<br>The '494 patent in its entirety, including without limitation:<br>• Abstract;<br>• Col. 1:19-22;<br>• Col. 1:36-48;<br>• Col. 2:15-39;<br>• Col. 2:45-55;<br>• Col. 3:33-39;<br>• Col. 4:55-col. 5:3;<br>• Col. 5:55-col. 7:10;<br>• Col. 8:51-col. 9:18;<br>• Col. 10:36-51; and<br>• Col. 10:61-col. 11:30.<br><br>The '494 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated July 29, 2013;<br>• Office Action dated October 11, 2013;<br>• Amendment dated January 13, 2014; *See, e.g.*, pp. 5-6;<br>• *See generally*, file history of U.S. Patent No. 8,372,437; and<br>• *See generally*, U.S. Provisional Application No. 60/838,467. *See, e.g.*, SB-0430-M; SB-0400-M; ; SB-F0460; Amnion Video Text; AM Processing; SB Tissue Process and Process Features; videos cited therein. | |

| | | Extrinsic Evidence<br>• Expert opinion of Rebecca N. Baergen, M.D. | |
|---|---|---|---|
| 9 | at least one of said layers is an amnion layer which retains an epithelial cellular layer | at least one of the amnion layers retains a sufficient amount of epithelial cells to support the desired purpose of the tissue graft<br><br>*Intrinsic Evidence*<br><br>The '494 patent in its entirety, including without limitation:<br>• Abstract;<br>• Col. 1:19-22;<br>• Col. 1:36-48;<br>• Col. 2:15-39;<br>• Col. 2:45-55;<br>• Col. 4:55-col. 5:3;<br>• Col. 5:55-col. 7:10;<br>• Col. 7:13-56; and<br>• Col. 10:61-col. 11:30.<br><br>The '494 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated July 29, 2013. *See, e.g.*, p. 10;<br>• Office Action dated October 11, 2013;<br>• Amendment dated January 13, 2014; *See, e.g.*, pp. 5-6;<br>• *See generally*, file history of U.S. Patent No. 8,372,437; and<br>• *See generally*, U.S. Provisional Application No. 60/838,467.  *See, e.g.*, | *See Defendants' construction of the phrases "retains" and "epithelial cellular layer"* |

|   |   |   |   |
|---|---|---|---|
|   |   | SB-0430-M; SB-0400-M; ; SB-F0460; Amnion Video Text; AM Processing; SB Tissue Process and Process Features; videos cited therein.<br><br>Extrinsic Evidence<br>• Expert opinion of Rebecca N. Baergen, M.D. |   |
| 9 | amnion layers | amnion layer separated from chorion layer of native placenta<br><br>*Intrinsic Evidence:*<br>The '494 patent in its entirety, including without limitation:<br>• Abstract;<br>• Col. 1:19-22;<br>• Col. 1:36-48;<br>• Col. 2:14-39;<br>• Col. 2:45-55;<br>• Col. 3:10-13;<br>• Col. 4:55-col. 5:3;<br>• Col. 5:55-col. 7:10; and<br>• Col. 10:61-col. 11:30.<br><br>The '494 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated July 29, 2013. *See, e.g.*, p. 10;<br>• Office Action dated October 11, 2013;<br>• Amendment dated January 13, 2014; *See, e.g.*, pp. 5-6;<br>• *See generally*, file history of U.S. Patent | one of the fetal membranes comprising an epithelial layer, basement membrane, compact layer, fibroblast layer and the spongy layer<br><br>Extrinsic Support:<br>G. Bourne, *The Foetal Membranes. A Review of the Anatomy of Normal Amnion and Chorion and Some Aspects of their Function,* 38 POSTGRAD MED J. 193 (1962); Declaration of Daniel L. Mooradian, dated November 21, 2014. |

- No. 8,372,437; and
- *See generally*, U.S. Provisional Application No. 60/838,467.  *See, e.g.*, SB-0430-M; SB-0400-M; ; SB-F0460; Amnion Video Text; AM Processing; SB Tissue Process and Process Features; videos cited therein

Extrinsic Evidence:

- Expert opinion of Rebecca N. Baergen, M.D.
- Rebecca N. Baergen, MANUAL OF BEIRSCHKE AND KAUFMAN'S PATHOLOGY OF THE HUMAN PLACENTA 6 (Springer 2005) (*see, e.g.*, pp. 88-89);
- Kurt Benirschke, Peter Kaufman, PATHOLOGY OF THE HUMAN PLACENTA 11 (4th ed. Springer 2000) (*see, e.g.*, pp. 284-294);
- Malak *et al.*, 1994, *Br. J. Obst. & Gyn.* (*see, e.g.*, p. 377-379);
- Bourne *et al.*, 1960, *Am. J. Obst & Gyn.*, 79(6):1070-1073;
- Bourne *et al.*, 1962, *Postgrad. Med. J.*, 38:193-201 (*see, e.g.*, p. 194);
- Parry *et al.*, 1998, *New England J. Med.*, 338(10) 663-670 (*see, e.g.*, pp. 663-664);
- Bourne, 1966, *Proceedings Royal Society of Med.*, 59:1127-28;
- Ockleford *et al.*, 1993, *Phil. Trans R. Soc. Lond.*, 342:121-136 (*see, e.g.*, pp. 130-135);

| | | | |
|---|---|---|---|
| | | • *See generally*, B. Young & J. Wheath, WHEATER'S FUNCTIONAL HISTOLOGY 1, 2, 4, 19 (4th ed. Harcourt Publishers Ltd. 2000) (*see, e.g.*, p. 367). | |
| 9 | chorion layers | chorion layer separated from amnion layer of native placenta<br><br>*Intrinsic Evidence:*<br>The '494 patent in its entirety, including without limitation:<br>• Abstract;<br>• Col. 1:19-22;<br>• Col. 1:36-48;<br>• Col. 2:15-39;<br>• Col. 2:45-55;<br>• Col. 4:55-col. 5:3;<br>• Col. 5:55-col. 7:10; and<br>• Col. 10:61-col. 11:30.<br><br>The '494 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated July 29, 2013. *See, e.g.*, p. 10;<br>• Office Action dated October 11, 2013;<br>• Amendment dated January 13, 2014; *See, e.g.*, pp. 5-6;<br>• *See generally*, file history of U.S. Patent No. 8,372,437; and<br>• *See generally*, U.S. Provisional Application No. 60/838,467.  *See, e.g.*, SB-0430-M; SB-0400-M; ; SB-F0460; Amnion Video Text; AM Processing; SB | one of the fetal membranes comprising a cellular layer, reticular layer, a pseudo-basement membrane and the trophoblast layer<br><br>Extrinsic Support:<br>G. Bourne, *The Foetal Membranes.  A Review of the Anatomy of Normal Amnion and Chorion and Some Aspects of their Function,* 38 POSTGRAD MED J. 193 (1962); Declaration of Daniel L. Mooradian, dated November 21, 2014. |

|  |  | Tissue Process and Process Features; videos cited therein.<br><br>Extrinsic Evidence:<br>- Expert opinion of Rebecca N. Baergen, M.D.<br>- Rebecca N. Baergen, Manual of Beirschke and Kaufman's Pathology of the Human Placenta 6 (Springer 2005) (*see, e.g.*, pp. 88-92);<br>- Kurt Benirschke, Peter Kaufman, Pathology of the Human Placenta 11 (4th ed. Springer 2000) (*see, e.g.*, pp. 294-297);<br>- Malak *et al.*, 1994, *Br. J. Obst. & Gyn.* (*see, e.g.*, p. 377-379);<br>- Bourne *et al.*, 1960, *Am. J. Obst & Gyn.*, 79(6):1070-1073;<br>- Bourne *et al.*, 1962, *Postgrad. Med. J.*, 38:193-201 (*see, e.g.*, p. 194);<br>- Parry *et al.*, 1998, *New England J. Med.*, 338(10) 663-670 (*see, e.g.*, pp. 663-664);<br>- Bourne, 1966, *Proceedings Royal Society of Med.*, 59:1127-28;<br>- Ockleford *et al.*, 1993, *Phil. Trans R. Soc. Lond.*, 342:121-136 (*see, e.g.*, pp. 130-135);<br>- *See generally*, B. Young & J. Wheath, Wheater's Functional Histology 1, 2, 4, 19 (4th ed. Harcourt Publishers Ltd. 2000) (*see, e.g.*, p. 367). |  |