**Exhibit B**

**The Parties' Proposed Constructions and Identification of Intrinsic/Extrinsic Evidence for United States Patent No. 8,597, 687**

| Claim No. | Claim Term | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| 1, 3, 4, 6, 7 | user | This term is recited in the preamble and its meaning is self-evident.<br><br>Intrinsic Evidence:<br>The '687 patent in its entirety, including without limitation:<br><br>• Abstract;<br>• Figure 5;<br>• Col. 2:10-14;<br>• Col. 2:27-36;<br>• Col. 2:62-67;<br>• Col. 3:46-61;<br>• Col. 4:24-29;<br>• Col. 8:15-38;<br>• Col. 9:29-36; and<br>• Col. 10:43-col. 11:12.<br><br>The '687 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated August 7, 2012; *See, e.g.*, pp. 4-5;<br>• Office Action dated May 9, 2013;<br>• Amendment dated July 26, 2013. *See, e.g.*, pp. 5-7. | a surgeon or clinician who uses the tissue grafts in medical applications or surgical procedures<br><br>Intrinsic Support:<br><br>'687 Patent, Abstract, Col. 2, ll. 10-14, Col. 2, ll. 30-33, Col. 2, ll. 62-67, Col. 3, ll. 51-53, Col. 8, ll. 1-6, Col. 8, ll. 15-22, Col. 8, ll. 25-32, Col. 10, ll. 10-11;<br><br>MIM-TTT00000357-58; MIM-TTT00000451-58; MIM-TTT00000481-83; Declaration of Daniel L. Mooradian, dated December 11, 2014. |
| 1, 3, 4, | asymmetric | *See Plaintiff's construction of phrase* | lacking any mirror image symmetry |

| | | | |
|---|---|---|---|
| 6, 7 | | *"asymmetric label"* | Intrinsic Support:<br><br>'687 Patent, Col. 8, ll. 25-29; MIM-TTT00000451-58<br><br>Extrinsic Support:<br><br>WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, P. 129, 1925; Declaration of Daniel L. Mooradian, dated December 11, 2014. |
| 1, 3, 4, 6, 7 | label | *See Plaintiff's construction of phrase "asymmetric label"* | an identifying mark<br><br>Intrinsic Support:<br><br>'687 Patent, Figure 7, Col. 8, ll. 15-25<br><br>Extrinsic Evidence:<br><br>http://www.thersaurus.com/browse/label?=t; Declaration of Daniel L. Mooradian, dated December 11, 2014. |
| 1, 3, 4, 6, 7 | asymmetric label | A "label" is an identifier or marking of some kind used to indicate the orientation of a placental tissue graft.  A "label" is "asymmetric" when positioned only on one side or portion of a placental tissue graft, such that the orientation of the tissue graft is visually distinguishable by looking at the position of the "label."<br><br>Intrinsic Evidence:<br>The '687 patent in its entirety, including without limitation: | an identifying mark lacking any mirror image symmetry<br><br>Intrinsic Support:<br><br>'687 Patent, Col. 8, ll. 15-29; MIM-TTT00000451-58<br><br>Extrinsic Support:<br><br>WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, P. 129, 1925.<br><br>http://www.thersaurus.com/browse/label?=t; Declaration of Daniel L. Mooradian, dated December 11, 2014. |

| | | | |
|---|---|---|---|
| | | • Abstract;<br>• Figure 5;<br>• Col. 2:10-14;<br>• Col. 2:27-36;<br>• Col. 2:62-67;<br>• Col. 3:46-61;<br>• Col. 4:24-29;<br>• Col. 8:15-38;<br>• Col. 9:29-36;<br>• Col. 10:5-34; and<br>• Col. 10:43-col. 11:12.<br><br>The ’687 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated August 7, 2012; *See, e.g.*, pp. 4-5;<br>• Office Action dated May 9, 2013; and<br>• Amendment dated July 26, 2013. *See, e.g.*, pp. 5-7. | |
| 1, 3, 4, 6, 7 | **Plaintiff**: placing an asymmetric label on a portion of at least one side of said tissue graft | The phrase includes positioning an “asymmetric label,” defined above, on a portion of at least one side of said tissue graft.<br><br><u>Intrinsic Evidence:</u><br>The ’687 patent in its entirety, including without limitation: | placing and identifying mark which lacks any mirror image symmetry on a middle portion<br><br><u>Intrinsic Support:</u><br><br>‘687 Patent, Abstract, Col. 2 ll 27-30, Col. 2, ll. 62-67, Col. 8, ll. 15-29; MIM-TTT00000451-58 |

| | **Defendants**: placing an asymmetric label on a portion | • Abstract;<br>• Figure 5;<br>• Col. 2:10-14;<br>• Col. 2:27-36;<br>• Col. 2:62-67;<br>• Col. 3:46-61;<br>• Col. 4:24-29;<br>• Col. 8:15-38;<br>• Col. 9:29-36; and<br>• Col. 10:43-col. 11:12.<br><br>The '687 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated August 7, 2012; *See, e.g.*, pp. 4-5;<br>• Office Action dated May 9, 2013;<br>• Amendment dated July 26, 2013. *See, e.g.*, pp. 5-7. | Extrinsic Support:<br><br>WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, P. 129, 1925;<br><br>http://www.thersaurus.com/browse/label?=t; Declaration of Daniel L. Mooradian, dated December 11, 2014. |
|---|---|---|---|
| 1, 3, 4, 6, 7 | for application | *See Plaintiff's construction of phrase "which label visibly distinguishes … ascertaining the orientation of the placental tissue graft by direct visual determination"* | for use by a surgeon or clinician who uses the tissue graft in medical applications or surgical procedures<br><br>Intrinsic Support:<br><br>'687 Patent, Col. 2, ll. 10-14, Col. 2, ll. 27-33, Col. 3, ll. 51-53, Col. 8, ll. 1-6, Col. 8, ll. 15-22, Col. 8, ll. 29-32; MIM-TTT00000357-58; MIM-TTT00000451-58;<br><br>Extrinsic Support:<br>Declaration of Daniel L. Mooradian, dated December 11, 2014. |
| 1, 3, 4, | ascertaining the | *See Plaintiff's construction of phrase* | distinguishing said first side from said second side by a |

| | | | |
|---|---|---|---|
| 6, 7 | orientation | *"which label visibly distinguishes … ascertaining the orientation of the placental tissue graft by direct visual determination"* | surgeon or clinician who uses the tissue graft in medical applications or surgical procedures<br><br><u>Intrinsic Support:</u><br><br>'687 Patent, Abstract, Col. 2, ll. 27-33; MIM-TTT00000385; MIM-TTT00000451-58.<br><br><u>Extrinsic Support:</u><br><br>WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, P. 121, 1925; Declaration of Daniel L. Mooradian, dated December 11, 2014. |
| 1, 3, 4, 6, 7 | which label visibly distinguishes one side from the other side thereby permitting direct, visual determination of the orientation for application of said tissue graft and ascertaining the orientation of the placental tissue graft by direct visual determination | The meaning of this phrase is self-evident. The "asymmetric label," defined above, distinguishes the amnion side from the other side thereby permitting direct, visual determination of the orientation for application of said tissue. The orientation of the tissue graft can be ascertained by direct visual determination.<br><br><u>Intrinsic Evidence:</u><br>The '687 patent in its entirety, including without limitation:<br><br>• Abstract;<br>• Figure 5;<br>• Col. 2:10-14;<br>• Col. 2:27-36;<br>• Col. 2:62-67; | *See Defendants' construction of "asymmetric," "label," "user," "for application," and "ascertaining the orientation".*<br><br>the identifying mark lacking mirror image symmetry distinguishes said first side from said second side of the tissue graft, permitting direct visual determination by a surgeon or clinician during use of the tissue graft in medical applications or surgical procedures, and wherein the surgeon or clinician distinguishes said first side from said second side during use in said medical applications or surgical procedures |

| | | | |
|---|---|---|---|
| | | • Col. 3:46-61;<br>• Col. 4:24-29;<br>• Col. 8:15-38;<br>• Col. 9:29-36; and<br>• Col. 10:43-col. 11:12.<br><br>The ’687 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated August 7, 2012; *See, e.g.*, pp. 4-5;<br>• Office Action dated May 9, 2013;<br>• Amendment dated July 26, 2013. *See, e.g.*, pp. 5-7. | |
| 3. | **Plaintiff**: indented texture<br><br>**Defendants**: raised or indented texture | An indentation on an edge or surface of the tissue graft, which includes a notch.<br><br><u>Intrinsic Evidence:</u><br>The ’687 patent in its entirety, including without limitation:<br><br>• Abstract;<br>• Figure 5;<br>• Col. 2:10-14;<br>• Col. 2:27-36;<br>• Col. 2:62-67;<br>• Col. 3:46-61;<br>• Col. 4:24-29;<br>• Col. 8:15-38;<br>• Col. 9:29-36; and<br>• Col. 10:43-col. 11:12. | molded tissue<br><br><u>Intrinsic Support:</u><br><br>‘687 Patent, Col. 8, ll. 15-25<br><br><u>Extrinsic Support:</u><br><br>WEBSTER’S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, P. 1964, 1238, 1925; Declaration of Daniel L. Mooradian, dated December 11, 2014. |

| | | | |
|---|---|---|---|
| | | The ’687 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated August 7, 2012; *See, e.g.*, pp. 4-5;<br>• Office Action dated May 9, 2013;<br>• Amendment dated July 26, 2013. *See, e.g.*, pp. 5-7. | |
| 4. | design | The meaning of this term is self-evident and no construction is necessary.<br><br><u>Intrinsic Evidence:</u><br>The ’687 patent in its entirety, including without limitation:<br><br>• Abstract;<br>• Figure 5;<br>• Col. 2:10-14;<br>• Col. 2:27-36;<br>• Col. 2:62-67;<br>• Col. 3:46-61;<br>• Col. 4:24-29;<br>• Col. 8:15-38;<br>• Col. 9:29-36; and<br>• Col. 10:43-col. 11:12.<br><br>The ’687 patent file history in its entirety, including without limitation:<br>• Preliminary Amendment dated August 7, 2012; *See, e.g.*, pp. 4-5;<br>• Office Action dated May 9, | a raised decorative or artistic depiction<br><br><u>Intrinsic Support:</u><br><br>‘687 Patent, Col. 2, ll. 27-36, Col. 2, ll. 62-67, Col. 3, ll. 49-52, Col. 8, ll. 35-38<br><br><u>Extrinsic Evidence:</u><br><br>http://www.thersaurus.com/browse/design; Declaration of Daniel L. Mooradian, dated December 11, 2014. |

| | | | |
|---|---|---|---|
| | | 2013;<br>• Amendment dated July 26, 2013.<br>*See*, *e.g.*, pp. 5-7. | |